

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2015

No. 04-15-00294-CR

Shauna Denay **RIPLEY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0670
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

After Appellant's counsel repeatedly missed deadlines to file the brief, we abated this appeal and remanded it to the trial court for an abandonment hearing. The trial court held a hearing as ordered; it filed a supplemental clerk's record containing findings of fact and conclusions of law. The court reporter filed a supplemental reporter's record of the hearing. *See* TEX. R. APP. P. 38.8(b)(3).

The trial court found that (1) Appellant wishes to prosecute her appeal, (2) Appellant is indigent, and (3) court-appointed trial and appellate attorney Deborah Stanton Burke asked the court to appoint someone other than herself to serve as counsel on appeal. The trial court appointed Michael Raign as appellate counsel.

We REINSTATE this appeal on this court's docket. We ORDER Appellant's court-appointed counsel Michael Raign to file Appellant's brief with this court within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2015.

Keith E. Hottle
Clerk of Court